1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Jason A. Davis [SBN: 224250]
   Davis & Associates
6  27281 Las Ramblas, Suite 200
   Mission Viejo, CA 92691
7  Voice: (949) 310-0817
   Fax:   (949) 288-6894
8  E-Mail: Jason@CalGunLawyers.com

9  Attorneys for Plaintiffs

10

11

12                    UNITED STATES DISTRICT COURT                   **LB**
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
13              SAN FRANCISCO / OAKLAND DIVISION

14                         CV   **11**          **5580**
15                               Case No.:

   BRENDAN JOHN RICHARDS, THE
16 CALGUNS FOUNDATION, INC.,
   and THE SECOND AMENDMENT        **NOTICE OF RELATED CASE**
17 FOUNDATION, INC.,
                                   Local Rule 3-12
18      Plaintiffs,

19
            vs.
20

21 KAMALA HARRIS, Attorney General
   of California (in her official capacity),
22 CALIFORNIA DEPARTMENT OF
   JUSTICE, CITY OF ROHNERT
23 PARK, OFFICER DEAN BECKER
   (RP134) and DOES 1 TO 20,
24
25      Defendants.

26

27      Pursuant to Northern District Civil Rule 3-12, Plaintiffs hereby give notice

28 that they are aware of two (2) earlier cases with the following factors in common:

Donald Kilmer
Attorney at Law
1645 Willow St
Suite 150
San Jose, CA 95125
Vc 408/264-8489
Fx 408/264-8487

1.      The prior cases shares the common Plaintiffs: Brendan Richards, Calguns Foundation, Inc., and Second Amendment Foundation, Inc.

2.      The prior case shares the common Defendants: Kamala Harris, Attorney General and the California Department of Justice.

3.      The prior case shares legal theories, that if the Plaintiffs are correct, would require the same prospective injunctive relief against the common Defendants.

4.      The prior case and this one will require the Court to analyze California's Assault Weapons Statutes and Regulations.

     The prior cases are *Haynie v. Harris*; Case No.: 10-CV-1255-SI and *Richards v. Harris*; Case No.: 3:11-CV-02493 SI.  The prior cases were related and then consolidated and are currently pending before the Honorable Susan Illston in the San Francisco Division of the United States District Court for the Northern District.

     As soon as this case is docketed, Plaintiffs' Counsel will file the required "Administrative Motion to Consider Whether Case Should be Related" pursuant to Local Rules 3-12 and 7-11 in the earlier case.

Dated: November 16, 2011

/s/                                   /s/

Donald Kilmer, Jr. [SBN: 179986]           Jason A. Davis [SBN: 224250]
Law Offices of Donald Kilmer, APC         Davis & Associates
1645 Willow Street, Suite 150               27281 Las Ramblas, Suite 200
San Jose, California 95125                 Mission Viejo, CA 92691
Voice: (408) 264-8489                     Voice: (949) 310-0817
Fax:   (408) 264-8487                     Fax:   (949) 288-6894
E-Mail: Don@DKLawOffice.com           E-Mail: Jason@GalGunLawyers.com

Attorneys for Plaintiffs

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc 408/264-8489
Fx 408/264-8487