Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:    (408) 264-8487
E-mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
DAVIS & ASSOCIATES
27281 Las Ramblas, Suite 200
Mission Viejo, California 92691
Voice: (949) 310-0817
Fax:    (949) 288-6894
E-mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., AND THE SECOND AMENDMENT FOUNDATION, INC., | CASE NO.  CV 11-5580 SI |
| Plaintiffs, | **NOTICE OF DISMISSAL OF COUNTY DEFENDANTS WITH PREJUDICE** |
| vs. | |
| KAMALA HARRIS, ATTORNEY GENERAL, CALIFORNIA DEPARTMENT OF JUSTICE, SONOMA COUNTY SHERIFF'S OFFICE, SHERIFF'S DEPUTY GREG MYERS and DOES 1 TO 20, | |
| Defendants. | |

TO ALL PARTIES, RESPECTIVE COUNSEL OF RECORD, AND THIS HONORABLE COURT:

The Plaintiffs Brendan John Richards, The CalGuns Foundation, Inc., and The Second Amendment Foundation, Inc. (collectively, "Plaintiffs") hereby dismiss from this action with prejudice Defendants the Sonoma County Sheriff's Office, Sheriff's Deputy Greg Myers, and

1   Does 1 to 20, individually and in their official capacities (collectively, "County Defendants"),

2   pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).  Because County Defendants

3   have not yet filed an answer or a motion for summary judgment in this case, this Notice of

4   Dismissal effectively dismisses County Defendants from this action with prejudice under the

5   provisions of Rule 41(a)(1)(A)(i), but does not affect Plaintiffs' claims against the remaining

6   

7   state defendants. (See *Pedrina v. Chun*, 987 F.2d 608 (9th Cir. 1993).)  Plaintiffs and County

8   Defendants are to bear their own costs and attorneys' fees incurred in this action.

9          Respectfully submitted,                    LAW OFFICES OF DONALD KILMER

10

11  DATED:  June 19, 2012                    By:  __/s/_Donald E. J. Kilmer, Jr._____
                                                  Donald E. J. Kilmer, Jr.
12                                                Attorneys for Plaintiffs

13                                           DAVIS & ASSOCIATES

14

15  DATED:  June 19, 2012                    By:  __/s/_Jason A. Davis_____
                                                  Jason A. Davis
16                                                Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28